**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Richard Eugene LONEBEAR,
Defendant—Appellant.**

**No. 10–30357.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 27, 2011.*

Filed Oct. 5, 2011.

Lori Anne Harper Suek, Leif Johnson, USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Jay Frederick Lansing, Moses & Lansing, PC, Billings, MT, for Defendant–Appellant.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Richard Eugene Lonebear appeals from the lifetime term of supervised release imposed following his guilty-plea conviction for abusive sexual contact, in violation of 18 U.S.C. §§ 1153(a) and 2244(a)(5). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lonebear contends that the district court's imposition of a lifetime term of supervised release constitutes cruel and unusual punishment under the Eighth Amendment, and is substantively unreasonable. The imposition of a lifetime term of supervised release is not unconstitutionally disproportionate given the circumstances of the case. *See United States v. Williams,* 636 F.3d 1229, 1232–1233 (9th Cir.2011). The sentence is also substantively reasonable under the totality of the circumstances and in light of the sentencing factors set forth in 18 U.S.C. § 3553(a). *See United States v. Daniels,* 541 F.3d 915, 922–23 (9th Cir.2008); *see also* U.S.S.G. § 5D1.2(b) (policy statement) (recommending the maximum term of supervised release if the offense of conviction is a sex offense).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.